IN RE ESTATE OF LONGEST

No. 339P85.

Case below: 74 N.C. App. 386.

Petition by Shuping for discretionary review under G.S. 7A-31 denied 13 August 1985. Motion by Burroughs to dismiss appeal for lack of substantial constitutional question allowed 13 August 1985.

IN RE FORECLOSURE OF FORTESCUE

No. 397P85.

Case below: 75 N.C. App. 127.

Petitions by Fortescue for discretionary review under G.S. 7A-31 and for writ of supersedeas denied 1 August 1985.

IN THE MATTER OF BAXLEY

No. 341P85.

Case below: 74 N.C. App. 527.

Petition by Baxley for discretionary review under G.S. 7A-31 denied 13 August 1985.

INS. CO. v. CONSTRUCTION CO.

No. 326PA85.

Case below: 74 N.C. App. 424.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 13 August 1985.

JOHNSON v. TOWN OF GARLAND

No. 344P85.

Case below: 74 N.C. App. 607.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 13 August 1985.